IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KINDRICK JOHNSON,

    Defendant.                             Case No. 09-cr-30141-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is the Government's Motion to Continue Sentence Hearing (Doc. 21) for defendant Johnson, currently set for Friday, March 12, 2010 at 9:30 a.m.  The Government seeks at least a two week continuance in order to conclude negotiations with Defendant, regarding certain sentencing matters.  The Motion further states that defense counsel does not oppose the continuance request.  For good cause shown, said Motion (Doc. 21) is **GRANTED**.  Accordingly, the sentencing hearing for defendant Kindrick Johnson is hereby continued to **Tuesday, March 23, 2010 at 1:30 p.m**.

        **IT IS SO ORDERED**.

        Signed this 10th day of March, 2010.

                              /s/  *David R. Herndon*

                              **Chief Judge**
                              **United States District Court**